**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KYION BALL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Civil No. 26-cv-25** |
| | ) | |
| **SUPERINTENDENT TINA WALKER,** | ) | |
| *STATE CORRECTIONAL INSTITUTION* | ) | |
| ***FAYETTE.*** **,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges. On August 6, 2026, the Magistrate Judge issued a Report and Recommendation, ECF No. 15, recommending that this case be dismissed without prejudice. Plaintiff Kyion Ball was informed that objections to the Report and Recommendation were due by August 24, 2026. *See* 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2. No Objections have been filed.

After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 21st day of September 2026, it is ORDERED that the Report and Recommendation, ECF No. 15, filed on August 6, 2026, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that this case is dismissed without prejudice.

s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge

Kyion Ball
GZ7653
SCI Fayette
50 Overlook Drive
LaBelle, PA 15450